**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-505-RJC-DCK**

|  |  |
|---|---|
| DERRICK GAMBLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GROUPWARE INTERNATIONAL, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADMITTING RACHHANA THACH SREY**
**TO PRACTICE _PRO HAC VICE_**

FOR GOOD CAUSE SHOWN, and on Plaintiffs Derrick Gamble, Emerson Myvett,

Albert Jones and Lamont Shumate's "Application For Admission To Practice _Pro Hac Vice_"

(Document No. 4) and payment of the $250.00 admission fee on behalf of the Applicant, IT

IS HEREBY ORDERED, ADJUDGED AND DECREED that Rachhana Thach Srey be

admitted to practice _pro hac vice_ before this Court in order to represent Plaintiffs Derrick

Gamble, Emerson Myvett, Albert Jones and Lamont Shumate in the above-captioned matter.

Signed: December 11, 2009

David C. Keesler
United States Magistrate Judge