IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-505-RJC-DCK

|                                      |   |
|--------------------------------------|---|
| DERRICK GAMBLE, et al.,              | ) |
|                                      | ) |
| Plaintiffs,                          | ) |
|                                      | ) |
| v.                                   | ) |
|                                      | ) |
| GROUPWARE INTERNATIONAL, INC., et al.,| ) |
|                                      | ) |
| Defendants.                          | ) |

## ORDER ADMITTING ROBERT LOREN SCHUG TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Plaintiffs Derrick Gamble, Emerson Myvett, Albert Jones and Lamont Shumate's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Robert Loren Schug be admitted to practice *pro hac vice* before this Court in order to represent Plaintiffs Derrick Gamble, Emerson Myvett, Albert Jones and Lamont Shumate in the above-captioned matter.

Signed: December 11, 2009

David C. Keesler
United States Magistrate Judge