**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-505-RJC-DCK**

| | |
|---|---|
| DERRICK GAMBLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GROUPWARE INTERNATIONAL, INC., ) et al., ) | |
| ) | |
| Defendants. ) | |

FOR GOOD CAUSE SHOWN, and on Defendants Groupware International, Inc. And Ronald Dean, Jr.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Bradley Charles Fulton be admitted to practice *pro hac vice* before this Court in order to represent Defendants Groupware International, Inc. And Ronald Dean, Jr. in the above-captioned matter.

Signed: January 25, 2010

David C. Keesler
United States Magistrate Judge