IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-505-RJC-DCK

| | |
|---|---|
| DERRICK GAMBLE, EMERSON MYVETT, ALBERT JONES, and LAMONT SHUMATE, on behalf of themselves and all other similarly situated individuals,<br><br>   Plaintiffs,<br><br> v.<br><br>GROUPWARE INTERNATIONAL, INC., and RONALD DEAN, JR., personally and individually,<br><br>   Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Temporary Stay Of Proceedings" (Document No. 19) filed May 7, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is now ripe for disposition.

Having carefully considered the motion, noting the lack of opposition of Plaintiffs' counsel, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Temporary Stay Of Proceedings" (Document No. 19) is **GRANTED**.

**SO ORDERED**.

Signed: May 26, 2010

David C. Keesler
United States Magistrate Judge